UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –   Docket No. ___13 - CR-577___

CHRISTOPHER GREEN

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge.  I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge.  I understand that I will suffer no prejudice if I refuse to so consent.  I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____C Green_____
Defendant

_____[signature]_____
U.S. Attorney
by AUSA

_____[signature]_____
Defendant's Attorney

Dated: Brooklyn, New York

November 22, 2013

BEFORE   /s/ MJ Azrack
_____
UNITED STATES MAGISTRATE JUDGE