## CRIMINAL CAUSE FOR PLEADING

BEFORE: MAGISTRATE JUDGE AZRACK          DATE: Nov. 22, 2013

USA v. CHRISTOPHER GREEN          13-CR-577 (ERK)

DEFENDANT'S NAME: Christopher Green
    X present  ___ not present   X custody  ___ bail

DEFENSE COUNSEL: Matthew Fishbein
    X present  ___ not present   X CJA  ___ RET  ___ PDA

AUSA: Christopher Nasson          LAW CLERK: Elizabeth D'Antonio

INTERPRETER: N/A          Language: N/A

FTR: Tape # 12:25:53 - 12:46:52

- [X] CASE CALLED
- [ ] DEFENDANT: [X] SWORN   [X] INFORMED OF RIGHTS
- [ ] WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- [ ] SUPERCEDING INDICTMENT / INFORMATION FILED
- [ ] DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- [X] DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT(S) ONE (1) OF THE (SUPERCEDING) INDICTMENT / INFORMATION
- [X] COURT FINDS FACTUAL BASIS FOR THE PLEA
- [X] SENTENCING SET FOR: TO BE DETERMINED PENDING RETURN OF LAB RESULTS
- [ ] SENTENCING TO BE SET BY PROBATION
- [ ] BAIL: ___ SET  ___ CONT'D FOR DEFT.  [X] CONT'D IN CUSTODY
- [X] TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.